IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **06-cr-00539-03** |
| | ) | |
| | ) | **CIVIL ACTION NO.** |
| **LUIS MANUEL RODRIGUEZ** | ) | **09-cv-01476** |

## ORDER

**AND NOW**, this 18th day of July 2011, upon review and consideration of *pro se*

Petitioner Luis Manuel Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant

to 28 U.S.C. § 2255 [Doc. no. 165], and the Government's Motion to Dismiss [Doc. no. 167], it

is hereby **ORDERED** that:

1.      Petitioner's Motion is **DENIED**;

2.      The Government's Motion is **GRANTED**;

3.      The Court finds no ground upon which to issue a certificate of appeal, as Petitioner

has not made a substantial showing of the denial of a constitutional right;[1] and

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT**:


　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] See 28 U.S.C. § 2253(c)(2).